UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>   v.<br><br>MONICA SOFIA NUNEZ,<br><br>                            Defendant. | Case No. 23-cr-00601-BAS-1<br><br>**ORDER DENYING MOTION TO CORRECT SENTENCE (ECF No. 46)** |

Defendant Monica Sofia Nunez moves to correct her sentence based on the new guideline amendments for zero-point offenders. (ECF No. 46.) However, at the time she was sentenced, in anticipation of the change in the guideline calculations, the Court already applied the two-point reduction. Therefore, since Defendant has already received the requested relief, her Motion is **DENIED**.

The U.S. Sentencing Commission adopted amendments to the United States Sentencing Guidelines ("U.S.S.G."), which were submitted to Congress and became effective November 1, 2023. *See* Sentencing Guidelines for the United States Courts, 88 Fed. Reg. 60534 (Sept. 1, 2023); U.S.S.G. Amend. 821. Under Part B, these retroactive amendments added an "Adjustment for Certain Zero-Point Offenders." U.S.S.G. § 4C1.1. This adjustment provides for a two-point decrease in the offense level for defendants who

1  "did not receive any criminal history points" when calculating the defendant's criminal
2  history.  *Id.* § 4C1.1(a)(1)–(10).

3       On September 21, 2023, before the official adoption of these guideline amendments,
4  the Court sentenced Defendant to 24 months in custody.  (ECF No. 41.)  According to the
5  Statement of Reasons completed by the Court after sentencing, because Defendant was a
6  zero-point offender, the Court deducted two points from Defendant's base offense level
7  when calculating her guideline range in anticipation of the amendments to the guidelines.

8       Defendant now files a Motion to Correct her Sentence based on the amendments to
9  the U.S.S.G. referenced above.  (ECF No. 46.)  She argues that she is entitled to a two-
10 point downward variance in her base offense level because she is a zero-point offender.
11 (ECF No. 46.)

12      However, Defendant already received this two-point deduction at the time of
13 sentencing.  Therefore, her Motion is **DENIED**.

14      **IT IS SO ORDERED.**

16 **DATED: April 19, 2024**

Hon. Cynthia Bashant
United States District Judge